UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  
    VINCENT SERPICO  
    DEBORAH M SERPICO  
    Debtors

Case No. 08-00329

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/08/2008.

2) The plan was confirmed on 06/11/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/23/2009.

5) The case was dismissed on 04/24/2009.

6) Number of months from filing to last payment: 15.

7) Number of months case was pending: 18.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $ 34,000.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (4/1/2009)

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $33,320.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $33,320.00

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,900.12 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,870.58 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,770.70

Attorney fees paid and disclosed by debtor: $676.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ARROW FINANCIAL SERVICES | Unsecured | 645.09 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 4,290.39 | 4,290.39 | 4,290.39 | 0.00 | 0.00 |
| CARSON PIRIE SCOTT | Unsecured | 645.00 | NA | NA | 0.00 | 0.00 |
| CHASE MANHATTAN BANK USA | Unsecured | 1,097.25 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 8,997.00 | NA | NA | 0.00 | 0.00 |
| CITIMORTGAGE INC | Secured | 55,580.00 | 55,580.00 | 55,580.00 | 0.00 | 0.00 |
| CITIMORTGAGE INC | Secured | NA | 0.00 | 0.00 | 18,025.30 | 0.00 |
| COMCAST | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV/PRIMESTAR | Unsecured | 89.49 | NA | NA | 0.00 | 0.00 |
| DOUBLE EAGLE VENTURE | Unsecured | 21,276.00 | 27,108.24 | 27,108.24 | 0.00 | 0.00 |
| DOUBLE EAGLE VENTURE LLC | Unsecured | NA | 14,868.15 | 14,868.15 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 2,517.00 | 2,559.32 | 2,559.32 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 14,778.88 | 14,778.88 | 14,778.88 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 1,737.52 | 1,737.52 | 1,737.52 | 0.00 | 0.00 |
| EXXON MOBILE | Unsecured | 780.00 | NA | NA | 0.00 | 0.00 |
| JP MORGAN CHASE BANK | Secured | NA | 0.00 | 0.00 | 9,537.90 | 0.00 |
| JP MORGAN CHASE BANK | Secured | 29,605.00 | 29,605.00 | 29,605.00 | 0.00 | 0.00 |
| MANDELL MENKES LLC | Unsecured | 7,548.00 | 7,382.05 | 7,382.05 | 0.00 | 0.00 |
| MIDWEST CENTER FOR STRESS | Unsecured | 476.00 | 533.25 | 533.25 | 0.00 | 0.00 |
| NATIONAL CAPITAL MGMT LLC | Unsecured | NA | 16,593.28 | 16,593.28 | 0.00 | 0.00 |
| NATIONAL CAPITAL MGMT LLC | Unsecured | NA | 14,805.82 | 14,805.82 | 0.00 | 0.00 |
| PITNEY BOWES | Unsecured | 369.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL COLLECTION SRV | Unsecured | 414.00 | NA | NA | 0.00 | 0.00 |
| RAUCH-MILLIKEN INT'L | Unsecured | 538.00 | NA | NA | 0.00 | 0.00 |
| RESURGENCE FINANCIAL | Unsecured | 9,907.12 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 4,155.68 | 4,155.68 | 4,155.68 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 10,223.34 | 10,223.34 | 10,223.34 | 0.00 | 0.00 |
| SAFECO | Unsecured | 413.00 | NA | NA | 0.00 | 0.00 |
| SAMS CLUB | Unsecured | 547.62 | NA | NA | 0.00 | 0.00 |
| SBC AMERITECH | Unsecured | 287.28 | NA | NA | 0.00 | 0.00 |
| TRI CAP INVESTMENT PARTNERS | Unsecured | 15,805.72 | 11,974.23 | 11,974.23 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (4/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| TRI CAP INVESTMENT PARTNERS | Unsecured | 15,937.19 | 11,951.71 | 11,951.71 | 0.00 | 0.00 |
| TRI CAP INVESTMENT PARTNERS | Unsecured | 646.55 | 616.80 | 616.80 | 0.00 | 0.00 |
| TRI CAP INVESTMENT PARTNERS | Unsecured | 1,159.90 | 1,115.29 | 1,115.29 | 0.00 | 0.00 |
| TRIAD FINANCIAL CORP | Unsecured | NA | 1,461.73 | 1,461.73 | 0.00 | 0.00 |
| TRIAD FINANCIAL CORP | Secured | 3,000.00 | 3,000.00 | 3,000.00 | 718.02 | 305.14 |
| WEST SUBURBAN BANK | Secured | 2,583.00 | 2,582.82 | 2,582.82 | 703.21 | 259.73 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $27,563.20 | $0.00 |
| Mortgage Arrearage | $85,185.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $3,000.00 | $718.02 | $305.14 |
| All Other Secured | $2,582.82 | $703.21 | $259.73 |
| **TOTAL SECURED:** | **$90,767.82** | **$28,984.43** | **$564.87** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$146,155.68** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,770.70 |
| Disbursements to Creditors | $29,549.30 |
| **TOTAL DISBURSEMENTS :** | **$33,320.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

**UST Form 101-13-FR-S (4/1/2009)**

Dated: 07/22/2009 By: /s/ Glenn Stearns
Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (4/1/2009)**